

FILED

JUN - 4 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRENT MICHAEL WALLER,<br><br>Defendant. | CR 10-28-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, BRENT MICHAEL WALLER is hereby released from the custody of the U.S. Marshals Service.

DATED this 4th day of June, 2020.

_____
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1